JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANESHA LEE, an individual,<br><br>               Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a California Corporation; ALEJANDRO SALAS, an individual; and DOES 1 through 50, inclusive,<br><br>               Defendants. | CASE NO.: 2:19-CV-10802 DSF (JEMx)<br><br>**ORDER RE: STIPULATION RE REMAND** |

On consideration of Plaintiff TANESHA LEE and Defendant WALMART INC.'s Joint Stipulation to Remand Matter to State Court,

IT IS ORDERED THAT:

1.    Effective immediately, this matter shall be remanded to the Superior Court of California, County of Los Angeles.

2.    Plaintiff shall waive the right to costs incurred to bring forth the Motion to Remand in exchange for the Parties' stipulation to remand to State Court.

Dated: January 31, 2020

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE